DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED'09 MAY 05 13:14 USDC-ORP

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**Naomi Smith Moran**

**Plaintiff,**

vs.                                           Civil No. 08-cv-445-HU

**Commissioner of Social Security**

**Defendant.**                                **ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $6.97, costs in the amount of $8.08, and attorney's fees in the amount of $4,038.45, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 5 day of May, 2009.

Malcolm F. Marsh
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**